IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Rogers International, Inc., | ) | |
| | ) | C.A. No.: 6:07-cv-3845-HFF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Consent Order of Confidentiality |
| DSV Air & Sea, Inc., f/k/a DFDS Transport, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

This Consent Order of Confidentiality is entered into by DSV Air & Sea, Inc. f/k/a DFDS Transport USA, Inc. ("DSV"), Thomas Miller (Americas), Inc. ("Thomas Miller"), and their attorney, Julius H. Hines, on the 23rd day of May, 2008 for the purpose of protecting all "Confidential Information" (as defined below) of Rogers International, Inc. ("RII") produced to DSV.  The following terms apply to this Consent Order:

1.     Documents and materials provided to DSV in the course of the above-captioned matter may be marked "Confidential".  Confidential Information shall include but not be limited to any information related to or documents containing information related to RII's intellectual property, the design, specifications, or manufacture of RII's products as well as any information related to customer lists, suppliers, cost structure formulae, pricing, or estimates by RII.  Confidential Information will be retained by counsel for the parties, and neither the documents nor information shall be disclosed to any person, except for the purposes of the current litigation between RII and DSV.  All Confidential Information shall be returned to RII or destroyed by Defendants, at RII's election, upon conclusion of this litigation.

2.     In no event may DSV, Thomas Miller, or their counsel provide any Confidential Information to any person, including an expert witness or consultant, without first securing from

2

that person a written agreement acknowledging that the person is fully familiar with the terms of this Consent Order.

3. The prohibitions of this Consent Order that restrict the disclosure and use of confidential information shall continue to be binding after the conclusion of the underlying lawsuit.

4. This Consent Order represents the only agreement on this matter and no other agreement (oral, written, or otherwise) has been entered into by the parties.

WE CONSENT:

| | |
|---|---|
| s/Julius H. Hines | 5/22/08 |
| Julius H. Hines<br>Individually and as Attorney for DSV and<br>for Thomas Miller | Date |
| s/Francesca B. Mosteller | 5/22/08 |
| James L. Rogers, Jr.<br>Francesca B. Mosteller | |
| s/Henry F. Floyd | 5/23/2008 |
| Presiding Judge | Date |

2